**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Macario Aurelio Valdes Riveros Sanchez,<br><br>　　　　　　Defendant. | 06-3120M<br><br><br>**O R D E R** |

　　Upon the motion of the United States of America, good cause appearing, and there being no objection by defendant through his counsel, Stephen G. Ralls,

　　IT IS ORDERED that the Complaint against defendant MACARIO AURELIO VALDES RIVEROS SANCHEZ is dismissed, without prejudice.

　　IT IS FURTHER ORDERED releasing Defendant from custody as to this case number ONLY.

　　DATED this 26th day of May, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Lawrence O. Anderson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

certified copy to USMS 5/26/06:
vlg